UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN FLANAGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Misc. Action No. 05-00005 (RCL) |
| ) | |
| WYNDHAM INTERNATIONAL INC., et al., ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| BRIAN JAMES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WYNDHAM INTERNATIONAL INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

Upon consideration of Wyndham Defendants' Motion for Leave to File Sur-Reply, Non-Party S.G.'s Motion for Notice of Supplemental Authority, and Non-Party S.G.'s Motion to Quash Subpoena Duces Tecum Served December 22, 2004 and for a Protective Order, it is, for the reasons stated in an accompanying Memorandum Opinion, hereby

ORDERED that Wyndham Defendants' Motion [14] for Leave to File Sur-Reply is GRANTED; it is further

ORDERED that Non-Party S.G.'s Motion [17] for Notice of Supplemental Authority is GRANTED; it is further

ORDERED that Non-Party S.G.'s Motion [1] to Quash Subpoena Duces Tecum Served

December 22, 2004 and for a Protective Order is DENIED.  The scope of any deposition of S.G.

is subject to the same limitation originally included in the October 12, 2004 Order to Compel of

the District Court of the Virgin Islands and is limited to her knowledge and information

regarding the <u>Flanagan</u> and <u>James</u> cases only.  Moreover, any questioning or attempts to obtain

information that correlated to, is duplicative of, or otherwise parallels the testimony given in any

previous deposition(s) is not permitted.

     SO ORDERED.


     Signed by Royce C. Lamberth, United States District Judge, October 5, 2005.